IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     1:17CR460-1 |
| PAULA KAY BULLOCK | : |

The Grand Jury charges:

COUNT ONE

From on or about December 2, 2016, continuing up to and including on or about April 5, 2017, the exact dates to the Grand Jurors unknown, in the County of Durham, in the Middle District of North Carolina, PAULA KAY BULLOCK knowingly and with intent to defraud did traffic in, use, and cause to be used one or more unauthorized access devices, that is, American Express credit card account number XXXX-XXXXXX-X3008 that was obtained with intent to defraud, and by such trafficking and use did obtain things of value aggregating $1,000.00 or more during any one-year period, that is, approximately $32,359.68 in money, merchandise, and veterinary supplies, which acts did affect interstate commerce; in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT TWO

From on or about December 2, 2016, continuing up to and including on or about April 5, 2017, the exact dates to the Grand Jurors unknown, in the County of Durham, in the Middle District of North Carolina, PAULA KAY BULLOCK, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A (c), to wit: access device fraud, in violation of Title 18, United States Code, Section 1029(a)(2), as alleged in Count One and incorporated by reference herein, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, American

Express credit card account number XXXX-XXXXXX-X3008, belonging to a person whose initials are J.F.; in violation of Title 18, United States Code, Section 1028A(a)(1).

        DATED: December 18, 2017

        SANDRA J. HAIRSTON
        Acting United States Attorney

        BY:   K. P. KENNEDY GATES
        Special Assistant United States Attorney

        BY:   FRANK J. CHUT, JR.
        Assistant United States Attorney

A TRUE BILL:

FOREPERSON