IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **V.** : | 1:17CR460-1 |
| : | |
| **PAULA KAY BULLOCK** : | |

## MOTION TO WITHDRAW

**NOW COMES** Corey D. Buggs, attorney of record for the Defendant, and respectfully moves the Court for an order allowing him to withdraw as counsel and in support of said motion, shows to the Court as follows:

1. Counsel was appointed to represent the defendant on December 20, 2017.

2. Counsel spoke with Attorney Paul Dubbeling via telephone on January 16, 2018. Attorney Dubbeling advised that it was his intent to file a notice of appearance.

3. Attorney Dubbeling in fact filed a notice of appearance via CM/ECF on January 17, 2018.

**WHEREFORE,** the undersigned respectfully moves the Court for an order allowing him to withdraw as counsel of record for the Defendant in the above entitled action.

Respectfully submitted, this the 19th day January, 2018.

/s/ Corey D. Buggs
Corey D. Buggs (NC Bar #24147)
**THE LAW OFFICES OF COREY D. BUGGS, PLLC**
418 W. Fifth Avenue
Lexington, NC 27292
336-236-4042
Email: coreybuggs@yahoo.com

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing MOTION TO WITHDRAW upon the parties involved in this matter by filing electronically via CM/ECF to:

Frank J. Chut, Jr., AUSA
United Stated Attorney's Office
frank.chut@usdoj.gov

    This the 19th day of January, 2018.

        /s/ Corey D. Buggs
        Corey D. Buggs (NC Bar #24147)
        **THE LAW OFFICES OF COREY D. BUGGS, PLLC**
        418 W. Fifth Avenue
        Lexington, NC 27292
        336-236-4042
        Email: coreybuggs@yahoo.com