

# WORLD ROOKIE FINALS 2018
## Kitzsteinhorn – Kaprun, Zell am See, Austria. 10.-15. April 2018

*After a season of rookie fest events all around the world, registrations are now open for "Le Grand Finale" at Kitzsteinhorn – Kaprun, Zell am See, the event everybody is waiting for, where the 2018 World Rookie Champions will be crowed.*

### - REGISTRATIONS ARE OPEN -

**The Black Yeti** travelled all around the world in the last 8 months: from New Zealand to Italy, from Bulgaria to Scandinavia, from the Alps to Japan to North America. Rookies from more than 30 countries battled to conquer their spot to the most exclusive youth snowboard event on planet Earth: the **World Rookie Finals,** at Kitzsteinhorn – Kaprun/Zell am See, Austria.

Only the most promising riders will join this **legendary event**, which award in the latest 12 years the annual **World Rookie Champion titles** and incredible prizes: wildcard to World Class Events, filming session with Pirate Movie Production, invitation to Rookie Fest Shooting, Trip to Chile and many tickets to next season Rookie Fest events. Roope Tonteri, Sven Thorgren, Christian Haller, Gjermund Braaten or Raiwa Iwabuchi are only some of the previous winner: who will be the next snowboard star to be crowned in Austria?

Riders from all over the world will come for a unique sports and lifestyle event in a great international scenario. **The program** of 2017 World Rookie Finals will include **World Snowboard Tour Slopestyle and Half Pipe** contest and many **lifestyle activities**: social dinner every day, workshops with Viva con Aqua, a first aid clinic the final party and much more you will not miss for any reason.

If you are a snowboard fan or if your dream is to start a professional snowboard carrier, then **Kitzsteinhorn, Kaprun/Zell am See, Austria**, is the place to be from April the 10th to April the 15th.

*Download here the event info, program and registration form at*
*www.worldrookietour.com/downloads/wrt2017/WRF17_Kitzsteinhorn.doc*

**Registration, info and bookings**
registration@worldrookietour.com

*Watch the video from the 2017 World Rookie Finals at Kitzsteinhorn Kaprun/Zell am See here:* https://vimeo.com/215622564

**Follow the World Rookie Tour Black Yeti !**
Web: www.worldrookietour.com and www.worldsnowboardfederation.org
Facebook: www.facebook.com/worldrookietour
Instagram: www.instagram.com/worldrookietour @worldrookietour #worldrookietour
Vimeo: www.vimeo.com/channels/worldrookietour

Attachment A -- Invitation

    

## QUALIFYING CRITERIA TO THE WORLD ROOKIE FINALS Slopestyle (WHO CAN JOIN THE EVENT)

- Riders, male and female, born 1st January 2000 and younger are admitted.
- Riders will be divided in 2 age groups: born before/after 2003.
- Only riders from WSF member nations are admitted.
- Qualified are the top 20 riders of the World Rookie Rank (top 20 male, top 20 female) + the top 10 riders from the Grom rank by the 2nd of April 2018. you can check the rookie ranks here: http://www.worldrookietour.com/rank/
- Additional every Nation is allowed to nominate 2 Rookies Men, 1 Rookie Girl, 1 Grom Men, 1 Grom Girl.
- The top 3 riders, both male and female / Rookie and Grom, from the previous SS are already qualified to the World Rookie Finals. National secretary or national coaches are allowed to send their team inscriptions.

### QUALIFIED RIDERS TOUR SS

**CADRONA NZ ROOKIE FEST SS**

| | | | | | |
|---|---|---|---|---|---|
| 1 ROOKIE | Female | KELLOG | MAKAYLA | USA | |
| 2 ROOKIE | Female | WAKUSHIMA | COOL | NZL | |
| 3 ROOKIE | Female | STRATTEN | CAYCEE | AUS | |
| 1 ROOKIE | Male | BLACKMORE | LACHLAN | NZL | FREE |
| 2 ROOKIE | Male | DAVERN | MITCHELL | NZL | |
| 3 ROOKIE | Male | CRAIG | FLETCHER | NZL | |
| 1 GROM | Male | LOVELOCK | ZEPHYR | NZL | |
| 2 GROM | Male | BAIKIE | ZAK | NZL | |
| 3 GROM | Male | CARLETON | SETH | NZL | |

**WORLD ROOKIE RAIL JAM MODENA**

| | | | | |
|---|---|---|---|---|
| 1 ROOKIE | Female | BURRI | ARIANE | SUI |
| 1 ROOKIE | Male | SCHWAN | PHILIP | GER |
| 2 ROOKIE | Male | NEFF | CEDRIC | SUI |
| 3 ROOKIE | Male | PUENTER | NICK | SUI |
| 1 GROM | Male | LOTORTO | ALEX | ITA |
| 2 GROM | Male | ADAMS | GABRIEL WILLIAM GEORGE | GBR |
| 3 GROM | Male | FRIDBJOMSSON | BENNI | ISL |

**CORVATSCH ROOKIE FEST SS**

| | | | | | |
|---|---|---|---|---|---|
| 1 ROOKIE | Female | GENNERO | EMMA | ITA | |
| 2 ROOKIE | Female | DANUSER | MONA | SUI | |
| 3 ROOKIE | Female | LEENDERTS | ANINE | NOR | |
| 1 GROM | Female | MÜLLER | LENA | SUI | |
| 2 GROM | Female | GISLER | BIANCA | SUI | |
| 3 GROM | Female | BROOKES | MIA | GBR | |
| 1 ROOKIE | Male | GAUGER | WENDELIN | SUI | FREE |
| 2 ROOKIE | Male | SCHWAN | PHILIP | GER | |
| 3 ROOKIE | Male | KERSCHHACKL | MARCO | ITA | |
| 1 GROM | Male | LOTORTO | ALESSANDRO | SUI | |
| 2 GROM | Male | MATHISEN | WILLIAM | SWE | |
| 3 GROM | Male | REICH | LORIS | SUI | |

Attachment A -- Invitation

    

## WORLD ROOKIE FEST LIVIGNO

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 ROOKIE | Female | MORGAN | ANNIKA | | GER | |
| 2 ROOKIE | Female | PUHAKKA | IINA | | FIN | |
| 3 ROOKIE | Female | TAKA | EVELIINA | | FIN | |
| 1 GROM | Female | BROOKES | MIA | | GBR | |
| 2 GROM | Female | SCHÜTZ | ELENA | | SUI | |
| 3 GROM | Female | POPPE | EVY | | BEL | |
| 1 ROOKIE | Male | VILHELMSSON | BALDUR | | ISL | FREE |
| 2 ROOKIE | Male | PÜNTER | NICK | | SUI | |
| 3 ROOKIE | Male | VICKTOR | NOAH | | GER | |
| 1 GROM | Male | MATHISEN | WILLIAM | | SWE | |
| 2 GROM | Male | LOTORTO | ALESSANDRO | | SUI | |
| 3 GROM | Male | FRISCHHUT | LUKAS | | AUT | |

## PILA ROOKIE FEST SS

| | | | | | |
|---|---|---|---|---|---|
| 1 ROOKIE | Female | GENNERO | EMMA | ITA | |
| 2 ROOKIE | Female | NIEMI | SIRJA | FIN | |
| 3 ROOKIE | Female | SILVESTRE | LUCIE | FRA | |
| 1 GROM | Female | FENNELL | AMBER | GBR | |
| 2 GROM | Female | COLLOMBIER | ZOE | FRA | |
| 3 GROM | Female | PHILIPPS | MOLLY | FRA | |
| 1 ROOKIE | Male | KAUTONEN | VALTTERI | FIN | FREE |
| 2 ROOKIE | Male | BERGMAN | JOONAS | FIN | |
| 3 ROOKIE | Male | KALLO | SAMI | FIN | |
| 1 GROM | Male | ADAMS | GABRIEL | GBR | |
| 2 GROM | Male | BURAUD | JULES | FRA | |
| 3 GROM | Male | FRIDBJORNSSON | BENEDIKT | ISL | |

## KEYSTONE GROM FEST SS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Female | KAILEY | BOGART | USA | FREE | |
| 2 | Female | ALYSSA | MOROCO | USA | | |
| 3 | Female | JADYN | DALRYMPLE | USA | | |
| 1 | Male | ▉▉▉▉▉ | ▉▉▉▉▉ | USA | FREE | ← Master F. B-W. |
| 2 | Male | KOBY | COOK | USA | | |
| 3 | Male | HAYDEN | TYLER | USA | | |

## INDY PARK ROOKIE FEST SS
UPDATE WILL FOLLOW

## REV TOUR ROOKIE FEST SS
UPDATE WILL FOLLOW

Attachment A -- Invitation

    

# EVENT INFO

| | |
|---|---|
| Event | World Rookie Finals |
| Location | Kitsteinhorn, Kaprun/Zell am See, Salzburg, Austria www.kitzsteinhorn.at www.zellamsee-kaprun.com |
| Date | April 10. - 15. 2018 |
| Shuttle Service | Available from Salzburg airport and from Munich airport – more info after request. |
| Event format | Slopestyle and Half Pipe (NATIONAL LEVEL), helmet and protector mandatory |
| Age groups | Rookie (born 2000-2001-2002) and Grom (born 2003 and younger) |
| Prize | <mark>Ticket to the X-Games,</mark> Ticket to Nanshan Open 2019, filming with Pirate Movie Productions, 2 invitations to the Rookie Fest Shooting, 2 Golden tickets to 19/20 World Rookie Tour events, 2 tickets to 2018 <mark>Pila Rookie Fest</mark>, 1 Freeride Film Trip to Chile, Prices from Nitro, TSG, Union, Pieps and Von Zipper |
| Registrations | By returning the registration form attached to **registration@worldrookietour.com** before 08. April 2018 |
| Entry fee | 450€ for one Discipline<br>510€ for both Disciplines<br>Lift tickets, event registration, hotel in half board included. For competitors there will be also 30€ for bib deposit<br>For coaches, parents and crew the entry fee is as well €450.<br><span style="color:red">Due to a new Austrian Law – Cash Payments are not allowed anymore.<br>You will get invoiced after we received the registration. Full amount to be paid per bank transfer before the event.</span> |
| Accommodation | For hotel booking contact: registration@worldrookietour.com<br>Till 1 week before the event, room cancellation is possible. Afterwards cancellation fee is to pay for the booked rooms!! (The registrant will be invoiced) |
| Judging | Will be accomplished by official judges and snowboard experts. |
| Park Shaping | Kitzsteinhorn Park Shaping Crew |
| Note for media | A limited number of accredited media will receive free lift tickets and free accommodation (contact **registration@worldrookietour.com**) |
| TV Production & Pics: | contact **registration@worldrookietour.com** |
| Sponsors & Partner: | Kitzsteinhorn – Zell am See, Red Bull, Nitro, TSG, Union, Van Zipper, Pieps; |
| Media Sponsors | <mark>Pleasure, Sequence, 4Media, 4Snowboard and Boardriding.com</mark> |
| Organization | N.ASA (new austrian snowboard association) in cooperation with WSF World Rookie Tour Organizing Committee |
| Contact Persons | N.ASA (new austrian snowboard association) – Meinhard Trojer<br>Email: meinhardtrojer@powdern.com  Mobile: +43 650 56 37 424 |
| Official website | www.worldrookietour.com |

Attachment A -- Invitation

    

# PROGRAM

| | |
|---|---|
| **Tuesday 10 Apr 2018 – Arrival Day** | |
| 09:00-21:00 | Registration. Payment of entry fee. Bibs distribution at Riders Office |
| 10:00-15:00 | Unofficial Training HP and SS (you can buy additional lift ticket for the unofficial training for the reduced price of € 10,- at the riders office) |
| 18:00 – 19:30 | Opening Dinner at World Rookie Final restaurant |
| 20:00 | Coach meeting, and event presentation at the Riders Office |
| **Wednesday 11 Apr 2018** | |
| 09:15-10:00 | Training HP Heat 1 |
| 10:00 | Coach Meeting at the Riders Area (on the mountain) |
| 10:30-12:00 | Qualification HP Heat 1 |
| 12:30-13:15 | Training SS Heat 2 |
| 13:30-15:30 | Qualification SS Heat 2 |
| 16:30-17:30 | First Aid Workshop |
| 18:00-19:30 | Dinner at World Rookie Final restaurant |
| 20:00 | Coach meeting |
| **Thursday 12 Apr 2018** | |
| 09:15–10:00 | Training HP Heat 2 |
| 10:00 | Coach Meeting at the Riders Area (on the mountain) |
| 10:30–12:00 | Qualification HP Heat 2 |
| 12:30–13:15 | Training SS Heat 1 |
| 13:00–15:00 | Qualification SS Heat 1 |
| 16:30-18:00 | Viva con Agua Workshop |
| 18:00-19:30 | Dinner at World Rookie Final restaurant |
| 20:00 | Coach meeting |
| 20:00-21:00 | Boardriding Workshop (exploring Boardriding.com – how to use it interactive workshop) |
| **Friday 13 Apr 2018** | |
| 10:00–10:45 | Training HP Finals |
| 10:45 | Coach Meeting at the Riders Area (on the mountain) |
| 11:00-14:00 | Finals Half Pipe 3 Runs best counts |
| 15:30–17:30 | Kimiyo Yoga Workshop |
| 18:00-19:30 | Dinner at World Rookie Final restaurant |
| 20:00 | Coach meeting |
| **Saturday 14 Apr 2018** | |
| 10:00 –10:45 | Training SS Finals |
| 10:45 | Coach Meeting at the Riders Area (on the mountain) |
| 11:00-14:00 | Finals Slope Style 3 Runs best counts |
| 18:00 | Dinner at World Rookie Final restaurant |
| 21:00 | Prize giving ceremony HP SS at the Party |
| **Sunday 15 Apr 2018 – Reserve or Departure Day** | |

THE PROGRAM CAN CHANGE DUE TO WEATHER, CONDITIONS AND AMOUNT OF RIDERS

Attachment A -- Invitation

   

*If you dream to become a professional snowboarder
your future starts at the World Rookie Tour!*

The **WSF World Rookie Tour** is organized by the Black Yeti ssrl in collaboration with World Snowboard Federation and its National Snowboard Associations. You can follow the World Rookie Tour on our international media partners Boardriding.com, Sequence and Pleasure Snowboard Magazine.

ABOUT THE WORLD ROOKIE TOUR
The World Rookie Tour is organized by the Black Yeti ssrl in collaboration with World Snowboard Federation and its National Snowboard Associations. It consists of a selection of high quality International events, the so called "Rookie Fests", reserved for riders under 18's only, in Europe, North and South America, Oceania and Asia. The World Rookie Tour consists not only of competitions: it also features loads of other activities to help rookies to grow in the field of professional snowboarding, such as photo & video shootings, avalanche and rescue clinics, meetings with photographers and international team managers, parties and English talks. Since year zero it awards tickets to world class events such as The Arctic Challenge, The Air & Style, The World Snowboarding Championships, invitations to professional snowboard photo & video shootings, and freeride trip in Chile. Every year the tour crowns the World Rookie Champion at the end of season, at the World Rookie Finals, a unique event where the best youngsters from almost 30 countries compete and have fun. More information at www.worldrookietour.com

ABOUT THE WORLD SNOWBOARD FEDERATION
The World Snowboard Federation (WSF) is the international organization exclusively working to develop the sport of snowboarding at all levels. Program areas include: Halfpipe, Big Air and Slopestyle competitions, Banked Slalom, Para-Snowboard, judge and shapers, education and certification, and snowboard activities for riders of every age. The WSF represents a network of National Snowboard Associations (NSAs) who work together at a worldwide level to promote the development of snowboarding. NSA members can find a source of inspiration and support from the WSF for the activities they are conducting within their nations and by working towards the same goal: progression of snowboarding from the ground up. Amateur and Pro Riders alike need to be members of the WSF to support the sport of snowboarding and enjoy the advantages of being a WSF Member.

ABOUT WORLD SNOWBOARDING
World Snowboarding promotes competitive snowboarding in representing the interests of a professional network of events, athletes, national sport associations and industry partners. A Non-Profit organization, World Snowboard Federation owns World Snowboarding, which administrates the widely respected global ranking system and the World Snowboarding Points Lists (WSPLs). By offering a fair, unbiased, global ranking platform, and through maintaining global competition, course-build, safety and judging standards, World Snowboarding brings transparency to the sport, across the freestyle disciplines of Halfpipe, Slopestyle and Big Air. Through World Snowboarding's four-tiered Regional to Elite level tour structure, it encourages, develops and supports rider progression from rookies to world-class athletes, where the Elite level, WST events are the ultimate pinnacle of snowboarding competition.

**NOTE FOR EDITORS**

Link to download high quality pictures:
www.worldrookietour.com/downloads/wrt2017/WRF17_Kitzsteinhorn.zip

Attachment A -- Invitation