IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:17CR460-1 |
| | : | |
| PAULA KAY BULLOCK | : | |

GOVERNMENT'S FED. R. EVID. RULE 902(11) NOTICE

NOW COMES the United States of America, by through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and gives notice to defendant PAULA KAY BULLOCK and the Court, of the intention of the government to introduce certain business records by certification pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence. The business records described below have been made available for inspection and review by the defendants through counsel. The certification of such records are attached as follows:

Fifth Third Bank
1. Certificate of Authenticity of Business Records of Fifth Third Bank Custodian – 10/15/17
   Account number xxxxxx6363 and xxxxxx6355- McFynn PC Doing Business as Affordable Animal Care of Durham.

American Express
2. Affidavit of American Express Custodian of Business Records-8/17/17
   Account xxxxxxxxxxxx3008, account of person whose initials are J. F.

Vantiv Corporation

3. Certificate of Authenticity of Business Records-9/26/17
   Vantiv Merchant records for Affordable Animal Care.

Patterson Veterinary Supply Company
4. Certificate of Authenticity of Business Records-8/29/17
   Records of Credit Line Application and Account for McFynn, PC D/B/A/ Affordable Animal Care

MWI Animal Health
5. Certificate of Authenticity of Business Records- 9/11/17
   Records of Line of Credit Application and Account for McFynn, PC D/B/A/ Affordable Animal Care.

FedEx Corporation
6. Certification of Business Records-4/30/18
   Records of Account number for FedEx Account number xxxx-6466-1 in the name of person whose initials are C.W.

Accordingly, the government requests that the Court admit the evidence described herein.

This the 6th day of August, 2018.

Respectfully submitted,

MATTHEW G.T. MARTIN
UNITED STATES ATTORNEY

/S/ K.P. KENNEDY GATES
Special Assistant US Attorney
NCSB # 41259

/S/ FRANK J. CHUT, JR.
Assistant United States Attorney
NCSB # 17696
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul Dubbeling, Esq.

Respectfully submitted,

/S/ FRANK J. CHUT, JR
Assistant United States Attorney
NCSB # 17696
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351