This original Certificate of Authenticity **MUST** be signed and attached to all records, whether produced on paper or electronic media.

### CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

(Grand Jury Subpoena 2017R00370-2 )

I, the undersigned, __Jamie Valenti, Subpoena Specialist__, do hereby certify and declare under penalty of perjury that I am:

employed by/associated with __Fifth Third Bank__

in the position of __Jamie Valenti, Subpoena Specialist__

and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are original records or true copies of records of business transactions of the above-named business which:

1. were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of regularly conducted activity;

3. were made by the regularly conducted activity as a regular practice; and

4. if not original records, are duplicates of original records.

Date of execution: __10/5/17__

Place of execution: __Fifth Third Bank__

Signature: __Jamie Valenti__ (signed)

Fifth Third Bank
5050 Kingsley Dr.
MD 1MOC2Q-3723
Cincinnati, Ohio 45263



FRANK J CHUT JR
AUSA
101 S Edgeworth St
4th Floor
Greensboro NC 27401-

**Fifth Third ID** 149489
**RE** PAULA BULLOCK, XXXXXX6363, XXXXXX6355

Thursday, October 05, 2017

To Whom It May Concern:

This letter certifies that the documents provided in response to the above-referenced request are authentic reproductions of Fifth Third original statements, checks, deposits, loan files, and/or other documents, maintained in the ordinary course of business by Fifth Third Bank.

Please be advised that any CDs provided within this package include confidential information and therefore the CDs are encrypted. If applicable, additional instructions to view the CD have been provided via email or fax. If you have any questions please call Legal Operations at (513) 358-9355.

Thank you,

*Jamie Valenti*

Jamie Valenti
Records Custodian
Fax: 513-358-1279