AFFIDAVIT OF THE CUSTODIAN OF BUSINESS RECORDS

STATE OF ARIZONA

COUNTY OF MARICOPA

MY NAME IS  Stephen D. Carman  .

I HEREBY CERTIFY THAT I AM EMPLOYED AS AN INVESTIGATIVE ASSISTANT FOR AMERICAN EXPRESS.

TELEPHONE -1 (866) 375-3684

ADDRESS- 18850 N 56TH ST MC 26-01-09 PHOENIX, AZ 85054

I HEREBY CERTIFY AS INVESTIGATIVE ASSISTANT I HAVE CARE, CUSTODY AND CONTROL OF BUSINESS RECORDS FOR AMEICAN EXPRESS.

I CERTIFY THAT THE ENTRY INTO THESE BUISINESS RECORDS ARE MADE IN THE ORDINARY COURSE OF BUSINESS OF AMERICAN EXPRESS BY AN EMPLOYEE OR REPRESENTATIVE OF THE COMPANY WHO HAS PERSONAL KNOWLEDGE OF THE INFORMATION BEING ENTERED INTO THE BUSINESS RECORDS, AND THAT THE PERSON MAKING THE ENTRY HAS A DUTY TO COMMIT THE INFORMATION INTO THE RECORD, AND THAT THE ENTRIES ARE MADE AT OR NEAR THE TIME THEY PURPORT TO RECORD.

THE RECORDS ATTACHED HERETO ARE EXACT DUPLICATES OF THE ORGINAL BUSINESS RECORDS OF MY COMPANY RELATING TO:  3797122228133008, victim contact, charge details, loss details and restitution contact for American Express.

AFFIANT _____

SWORN TO AND SUBSCRIBED ME, THIS 17TH DAY OF AUGUST , 2017 A.D.

_____
NOTARY PUBLIC IN FOR THE STATE OF ARIZONA

KATHRYN A. BURTON
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 14, 2020

Commission Expires  4/14/2020