| File No. 18CR 051946 | Law Enforcement Case No. 1802-0645 | LID No. | SID No. | FBI No. 553771WC2 |
|---|---|---|---|---|
| | DURHAM COUNTY SHERIFFS OFFICE | | | |

## WARRANT FOR ARREST

**Offense**
I M-DURHAM COUNTY ORDINANCE

## STATE OF NORTH CAROLINA

DURHAM County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
PAULA BULLOCK
1737 ALLEN JARRETT D R

MEBANE        NC    27302
ALAMANCE COUNTY

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | F | 02/09/1967 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| 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 | 5480815 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 8599 | I LOCAL ORDINANCE |

**Date Of Offense**
03/07/2018

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**
2018-08-30

**Complainant (Name, Address Or Department)**
W. M. PINNER
DURHAM COUNTY SHERIFFS OFFICE
201 EAST MAIN ST
DURHAM        NC    27701
DURHAM COUNTY    (919) 560-0900

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did DID VIOLATE A DURHAM COUNTY ORDINANCE (NCGS 14-4) BY FAILING TO CONFINE A WHITE AND GRAY MALE PIT BULL NAMED "TULSA" FOR 10 DAYS FOLLOWING THE BITE OF A PERSON BY ADOPTING "TULSA' TO JUAN CARLOS MARTINEZ DURING THE 10 DAY CONFINEMENT PERIOD. SEC,. 4-40 DURHAM COUNTY ORDINANCE- BITES

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature STEVEN R STORCH [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court | Location Of Court New Durham County Courthouse; 004D 510 S DILLARD ST DURHAM,NC 27701 | Court Date |
|---|---|---|
| | | Court Time [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 03/20/2018 |
|---|---|

(over)

AOC-CR-100, Rev. 12/17
© 2017 Administrative Office of the Courts

**OTHER AGENCY COPY - NOT FOR SERVICE**