```
310 DURHAM                      ICA INQUIRY 01  18CR 051946      FILM:
PENDING                         R  S DOB/AGE       CR     FILING DATE: 032018
WARRANT                         W  F 02091967 DL#: 05480815                NC
BULLOCK,PAULA                                   CIT#:         TRIAL DATE: 110618
151 SOUTH SHORE DRIV  E                  CSLR:       CSLRC:         AM 004D
SUPPLY           NC  28462 DEF ATTY:                       TYP:     VRA:
CHG/ARRN OFFN: M DURHAM COUNTY ORDINANCE              LOCAL ORDINANCE
COMPLAINANT: PINNER,W                     SFF ISSUED: 032018   SERVED: 083018
OFFN DATE: 030718     ARRN DATE:        MOTIONS DATE:      DISP DATE:
CONT. D: 00 S: 00 C: 01 NR: 00 INT?: N FRM:    RSONCO:     GANG REL:   DV CV: N

PLEA VER MOD     FINE        COSTS     WCC     REST      JUDGE    PAID   TO-BE-PAID
                 $           $                 $
CONV OFFN:                                                             CAB:
SENT LEN:        -        SENT TYPE:              CONS F/JGMT:
PROB:                     WITHDRAWN:              APPEALED TO SUPERIOR:
AREA CD:   ACCD:   HWY:        V LIC:             TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N  TRP/DIST:    V ST:    V TYP:       APPELLATE:


ARREST DATE:       CHECK DIGIT:         SID:           LID:
NEXT#:                   PF2 - NAME INQUIRY              ADDL CHARGES:
```