# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:17 CR 460-01** |
| v. | **DEFENSE MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| **PAULA K. BULLOCK** | |

COMES NOW, the Defendant, Paula K. Bullock, by and through undersigned counsel, and respectfully requests the Court modify the conditions of her pre-trial release to allow her to travel within the continental United States without the express permission of pre-trial services. In support of this motion, Defendant states as follows:

## FACTS

1. Paula Bullock was indicted on December 18th, 2017, on one count of violating 18 U.S.C. § 1029(a)(2) (unauthorized use of an access device) and one count of violating 18 U.S.C 1028A(c) (using a means of identification of another person in relation to a felony: the violation of 18 U.S.C. § 1029(a)(2) charged in Count 1).

1

2. At her initial appearance on December 20th, 2017, Magistrate Judge Joe Webster released Ms. Bullock upon standard conditions and the additional restriction that she remain in the Middle District of North Carolina unless prior approval for travel be given by pretrial services. Attachment A.

3. On March 27th, 2018 the Government issued a superseding indictment against Ms. Bullock adding additional counts of violating 18 U.S.C. § 1029(a)(2) and 18 U.S.C. § 1028A(c) along with a two counts of violating 18 U.S.C. § 1343 (wire fraud).

4. On June 26th, 2017 the Government issued a second superseding indictment against Ms. Bullock adding additional counts of violating 18 U.S.C. § 1029(a)(2), 1028A(c), and 1343 as well as counts of violating 21 USC § 843(a)(3).

5. On September 24th, 2018 the Government issued a third superseding indictment adding a count of violating 18 U.S.C. § 1001(a)(3) (making a false statement).

6. At all times during the pendency of these charges, Ms. Bullock has attended all court hearings and maintained required contact with pre-trial services.

7. On September 12th, 2018, the Government filed a motion seeking to place Ms. Bullock on supervised release.

8.   The Government's motion was denied as to this request by Magistrate Judge Joe Webster on September 28th, 2018, upon finding that such supervision was not necessary. D.E. # 49.

9.   On February 8th, 2019, the Government accepted Ms. Bullock's plea agreement in which she pled guilty to one count of violating 18 U.S.C. § 1029(a)(2) (unauthorized use of an access device) and one count of violating 18 U.S.C. § 1001(a)(3) (false official statement).

10.  Pursuant to this Agreement, the remaining twenty-one (21) counts will be dismissed.

11.  The two counts to which Ms. Bullock has pled guilty do not carry a mandatory active sentence and, given Ms. Bullock's lack of any prior criminal history, will likely result in a Guidelines Sentencing Range of no incarceration or minimal incarceration.

12.  Sentencing in Ms. Bullock's case is currently scheduled for August, 2019.

13.  Since her original indictment sixteen (16) months ago, Ms. Bullock has ceased to operate the business she owned in North Carolina and has increasingly found work outside the State of North Carolina.

14.  Ms. Bullock seeks and obtains such work in order to support her 14-year old son and herself and to ensure all debts are paid.

15. Ms. Bullock requests the modification to ensure that she may continue to work outside the State of North Carolina without violating any condition of release.

**Argument**

Since the original indictment of this case, the Government issued three superseding indictments – each time significantly upping the number of charges and the potential penalty to Ms. Bullock. During that entire time, Ms. Bullock travelled frequently, with the knowledge and permission of pre-trial services, in order to work and care for her son. During this time, she appeared for each arraignment and all other court hearings. The Government has now accepted her plea to only two of those counts – counts which are likely to result in a Guidelines Range of little or no active incarceration. Ms. Bullock's incentive to flee or otherwise fail to cooperate with the Court has been reduced dramatically.

Ms. Bullock has travelled, with permission, for nearly sixteen (16) months prior to this Motion. During that time, she has given no indication that she will fail to appear or otherwise fulfill her responsibilities to the Court. The requested modification is made only for the purpose of clarifying that Ms. Bullock may continue to work outside of North Carolina to support herself, her son, and to pay off any debts owed.

## REQUESTED RELIEF

The Defense respectfully requests modification of the pre-trial conditions of release to allow Ms. Bullock to travel within the continental United States without express permission of pre-trial services. The Defense notes that Ms. Bullock will continue to keep pre-trial services apprised of her whereabouts when travelling.

*//Paul M. Dubbeling//*
Paul M. Dubbeling
210 North Columbia Street
Chapel Hill, North Carolina 27514
(919) 260-1615 (office)
paul.dubbeling@gmail.com
N.C. Bar #: 47014

5

# Certificate of Service

This is to certify that the undersigned has this date electronically filed the foregoing **DEFENSE MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** with the Clerk of Court using the Court's CM/ECF System, which will send notice to the following:

Frank Joseph Chut, Jr.
U.S. Attorney's Office
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
336-332-6320
frank.chut@usdoj.gov

Kelley P. Kennedy Gates
U.S. Attorney's Office
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
336-332-6317
kennedy.gates@usdoj.gov

This is the 13th day of March, 2019.

*/s/ Paul M. Dubbeling*
Paul M. Dubbeling
210 North Columbia Street
Chapel Hill, NC 27514
(919) 260-1615 Telephone
(919) 404-7074 Facsimile
paul.dubbeling@gmail.com
NC Bar # 47014