IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.                         1:17CR460-1

PAULA KAY BULLOCK

## ORDER

This matter is before the Court on Defendant's motion to amend her conditions of pretrial release pursuant to 18 U.S.C. § 3145(a)(2). (ECF No. 60). The Defendant requests that she be allowed to travel, without prior approval, within the continental United States.

IT IS HEREBY ORDERED that Defendant's motion to amend her conditions of release is DENIED and that the condition "travel restricted to the Middle District of North Carolina unless prior approval given by pretrial services" shall remain as a condition of her pretrial release.

This, the 9th day of April 2019.

                                               /s/ Loretta C. Biggs
                                               United States District Judge