# UNITED STATES DISTRICT COURT

Middle DISTRICT OF North Carolina

UNITED STATES OF AMERICA

V.

PAULA KAY BULLOCK

## EXHIBIT AND WITNESS LIST

Case Number: 1:17CR460-1

| PRESIDING JUDGE<br>Loretta C. Biggs | PLAINTIFF'S ATTORNEY<br>Frank Chut | DEFENDANT'S ATTORNEY<br>Paul Dubbeling |
|---|---|---|
| TRIAL DATE (S)<br>08/12019 | COURT REPORTER<br>Lori Russell | COURTROOM DEPUTY<br>Debbie Blay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 8/1/2019 | | | Jacquelynne Cetania sworn |
| W-2 | | 8/1/2019 | | | Lisa Dobstaff sworn |
| W-3 | | 8/1/2019 | | | Judith Fortney sworn |
| | W-1 | 8/1/2019 | | | Trudy Strickland sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages