IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:17CR460-1 |
| | ) | |
| PAULA KAY BULLOCK | ) | |

**ORDER**

This matter is before the Court on Defendants' Motion to Extend Time to Report for Active Sentence filed on behalf of Paula Kay Bullock, (ECF No. 70.)

Based on representations to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED and the Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or before October 16, 2019.

This, the 11th day of September 2019.

/s/ Loretta C. Biggs
United States District Judge