# UNITED STATES OF AMERICA v. PAULA KAY BULLOCK
## CASE NO.: 1:17CR460-1

### ANSWER OF THE GARNISHEE

Maria Marqooz Lezama, DECLARING UNDER PENALTY OF
(Declarant)
PERJURY THAT THE INFORMATION GIVEN BELOW IS TRUE AND CORRECT,

SAYS:

**IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of:

_____

_____
(State full name and address of business)

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a partner of _____ organized

under the laws of the State of _____

**IF GARNISHEE IS A CORPORATION:**

That he/she is the Sr. Specialist - Legal (Official Title) of

Garnishee, Charles Schwab & Co, Inc a corporation, organized under the

laws of the State of California.

On 12/27, 2019, Garnishee was served with the Writ of

Continuing Garnishment in the above-named action.

**YOU ARE REQUIRED BY THE WRIT TO WITHHOLD AND RETAIN THAT PROPERTY DESCRIBED IN THE WRIT OF CONTINUING GARNISHMENT.**

1. Does the Garnishee have custody, control or possession of property of the debtor?

    Yes ✓         No _____

    If you answer "Yes" describe below:

    | Property | Value | Estimate Date or Period Due |
    |---|---|---|
    | 1. ~~_____~~ | ~~_____~~ | ~~_____~~ |
    | 2. _____ | _____ | _____ |
    | 3. _____ | _____ | _____ |

    See Attached Letter

    Is the property owned jointly with another individual and/or entity?

    Yes _____     No ✗

    Name of Joint Owner: _____

2. Does the Garnishee anticipate custody, control or possession of other property of the debtor in the future?

    Yes _____     No ✗

    If you answer "Yes" describe below:

|    | Property | Value | Estimate Date or Period Due |
|----|----------|-------|------------------------------|
| 1. |          |       |                              |
| 2. |          |       |                              |
| 3. |          |       |                              |

3. Have there been previous garnishments in effect?

   Yes _____    No _____

   If the answer is yes, describe below:

   _____

   _____

4. Does the Garnishee have custody, control or possession of any property in which the

   Debtor maintains an interest?

   Yes _____    No _____

   See Attached letter.

If you answer "Yes," describe below:

|    | Property | Value | Estimate Date or Period Due |
|----|----------|-------|------------------------------|
| 1. |          |       |                              |
| 2. |          |       |                              |

3. _____  _____  _____

If you have property in which the Defendant Debtor has an interest, but deny that the property is subject to the Writ of Continuing Garnishment, state the basis for the exemption or reason for the denial or any other objection to the writ:

Account Closed.

_____

_____

The Garnishee must mail a copy of this answer by first-class mail to (1) the Debtor, at the Debtor's address set forth hereinabove and (2) the Attorney for the United States, Financial Litigation Unit, 101 S. Edgeworth Street, Greensboro, North Carolina 27401.

Executed on December 30, 2019.
Date

Maria Morquos Seasoma
Declarant

877-243-9263
Telephone Number

9800 Schwab Way, Lone Tree, CO 80124
Address

**THE ORIGINAL OF THIS ANSWER MUST BE MAILED TO THE CLERK OF THE UNITED STATES DISTRICT COURT, 324 West Market Street, 4th Floor, Greensboro, NC 27401, and a copy to the UNITED STATES ATTORNEY'S OFFICE, Attn: Financial Litigation Unit, 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401.**