

**Legal Services**

P.O. Box 636010, Highlands Ranch, CO 80163

CERTIFIED MAIL

7019 1120 0000 2565 8856



U.S. POSTAGE >> PITNEY BOWES

ZIP 80124 $ 004.00
0001396960 DEC 30 2019

Personal and Confidential

RECEIVED
In This Office
JAN 06 2020
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

INSPECTED

2740132544 C023