IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:17CR460-1 |
| v. ) | |
| ) | |
| PAULA KAY BULLOCK, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION

I, Carole Smith, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true:

1. That I am an employee in the Office of the United States Attorney for the Middle District of North Carolina and am a person of such age and discretion as to be competent to serve process.

2. That on August 01, 2019, a Judgment was entered against the Defendant, Paula Kay Bullock, for criminal monetary penalties.

3. That a copy of the Application for Writ of Continuing Garnishment, Notice to Defendant Debtor, Writ of Continuing Garnishment, Answer of the Garnishee, Claim for Exemptions and Instructions were deposited in the United States Mail for mailing by certified mail, return receipt requested on December 23, 2019, properly addressed to the Defendant as follows: Paula Kay Bullock, Register No.: 34142-057, FCI Coleman Low P.O. Box 1021, Coleman, FL 33521-1029.

4. That a copy of the original return-receipt, showing date of service as December 27, 2019, is attached hereto and made a part of this Declaration of said Application for Writ of Continuing Garnishment, Notice to Defendant Debtor, Writ of Continuing Garnishment, Answer of the Garnishee, Claim for Exemptions and Instructions.

5. That the Defendant herein has been duly served with the process as provided by Rule 5(b) of the Federal Rules of Civil Procedure.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on 9 January 2020, in Greensboro, North Carolina.

*Carole Smith* (signature)
Carole Smith
Paralegal Specialist
Financial Litigation Unit

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paula Kay Bullock
   Register No.: 34142-057
   FCI Coleman
   P.O. Box 1021
   Coleman, FL 33521

   USA v. Paula Kay Bullock; 1:17CR460-1

2. Article Number (Transfer from service label)

   7011 0110 0001 7036 1131

PS Form 38...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  CY
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   C. Henonik

C. Date of Delivery
   12/27/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   DEC 27 2019

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

02-M-1540