IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| PAULA KAY BULLOCK, ) | Case No. 1:17CR460-1 |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CHARLES SCHWAB AND CO., INC., ) | |
| ) | |
| Garnishee. ) | |

## MOTION TO QUASH WRIT OF CONTINUING GARNISHMENT

COMES NOW the United States of America, by and through its Attorney, Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and Joan B. Childs, Assistant United States Attorney, and moves this court to quash the Writ of Continuing Garnishment filed herein on December 20, 2019 pursuant to 28 U.S.C. § 3205(c)(10)(A). In support of this motion, it is shown:

(1) That on August 1, 2019, a judgment in the amount of $32,847.63 was entered in the United States District Court for the Middle District of North Carolina, in favor of the United States of America, and against the Defendant, Paula Kay Bullock, whose last known address is FCI Coleman Low, P.O. Box 1021, Coleman, FL 33521-1029.

(2) That on December 4, 2019, the United States of America applied for a Writ of Continuing Garnishment against the Defendant, Paula Kay Bullock, with Charles Schwab

and Co., Inc., as Garnishee. On December 20, 2019, the court granted the Writ of Continuing Garnishment.

(3) That the United States has been informed by the Garnishee, Charles Schwab and Co., Inc., that the account closed on February 7, 2019, and contains a remaining balance of $85.53.

WHEREFORE, the United States respectfully prays the court that it enter an order quashing the Writ of Continuing Garnishment pursuant to 28 U.S.C. § 3205 (c)(10)(A), thereby terminating this garnishment; and for such other relief that the court deems just and proper.

A proposed order is attached.

This the 9 January 2020.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

/s/ Joan B. Childs
Assistant United States Attorney
NCSB# 18100
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
E-mail: joan.childs@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **PAULA KAY BULLOCK,** | ) | Case No. 1:17CR460-1 |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **CHARLES SCHWAB AND CO., INC.,** | ) | |
| Garnishee. | ) | Certificate of Service |

    I hereby certify that on January 9, 2020, the foregoing Motion to Quash Writ of Continuing Garnishment and Order to Quash Writ of Continuing Garnishment were electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the documents were mailed to the following non-CM/ECF participants:

| | |
|---|---|
| Paula Kay Bullock<br>Register No.: 34142-057<br>FCI Coleman<br>P.O. Box 1021<br>Coleman, FL 33521-1029 | Charles Schwab and Co., Inc.<br>c/o Registered Agent, CT Corporations System<br>160 Mine Lane Court, Suite 200<br>Raleigh, NC 27615-6417 |

    Respectfully submitted,

    MATTHEW G.T. MARTIN
    United States Attorney

    <u>/s/ Joan B. Childs</u>
    Assistant United States Attorney
    NCSB# 18100
    United States Attorney's Office
    Middle District of North Carolina
    101 S. Edgeworth Street, 4th Floor
    Greensboro, NC 27401
    Telephone: (336) 333-5351
    E-mail: joan.childs@usdoj.gov