# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### 1:17 CR 460-01

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Motion for Leave to Withdraw as Counsel for Defendant** |
| **PAULA K. BULLOCK** | |

NOW COMES Paul Dubbeling of the law firm P.M. Dubbeling, PLLC and respectfully moves this Court for leave to withdraw as counsel for the Defendant in this matter.

In support of this motion, counsel shows the following:

1. Counsel's representation agreement with counsel extended through final judgment on her case.

2. Defendant pled guilty to counts 7sss (Use of Unauthorized Access Devices) and 22sss (False Statements) in this case on or about August 1, 2019.  *See* D.E. 71.

3. Pursuant to her plea, Defendant was convicted on these counts and the remaining counts were dismissed.

4. Defendant's conviction is now final. and Defendant has not appealed her sentence.

5. Counsel's representation agreement with Defendant has now ended.

Accrodingly, counsel respectfully moves this Court to grant counsel's Motion to Withdraw as Counsel in this matter.

This is the 24th day of April, 2020.

Respectfully submitted,

*//Paul M. Dubbeling//*
Paul M. Dubbeling
P.M. Dubbeling, PLLC
210 North Columbia Street
Chapel Hill, NC 27514
Telephone (919) 635-6005
Facsimile (919) 404-7074
paul.dubbeling@pmdubbeling.com
N.C. Bar #: 47014

## Certificate of Service

This is to certify that the undersigned has this date electronically filed the foregoing **Defendant's Motion to Extend Time to Report for Active Sentence** with the Clerk of Court using the Court's CM/ECF System, which will send notice to all counsel of record.

This is the 24th day of April, 2020.

*/s/ Paul M. Dubbeling*
Paul M. Dubbeling
P.M. Dubbeling, PLLC
210 North Columbia Street
Chapel Hill, NC 27514
Telephone (919) 635-6005
Facsimile (919) 404-7074
paul.dubbeling@pmdubbeling.com
N.C. Bar #: 47014